# Third District Court of Appeal

## State of Florida

Opinion filed April 29, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-875
Lower Tribunal Nos. 06-1525, 06-18682
_____

**Edward T. Douglas,**
Petitioner,

vs.

**The State of Florida,**
Respondent.


A Case of Original Jurisdiction –Mandamus.

Douglas T. Edwards, in proper person.

Pamela Jo Bondi, Attorney General, for respondent.


Before WELLS, ROTHENBERG and EMAS, JJ.

WELLS, Judge.

Douglas Edwards files this petition for writ of mandamus to compel the trial

court to rule on his pending postconviction motions filed under Florida Rules of

Criminal Procedure 3.800 and 3.850.   Because the record below fails to demonstrate that either his Rule 3.850 motion, dated July 29, 2009, or his Rule 3.800 motion, dated October 28, 2014, was ever filed below, we deny the petition without prejudice to petitioner refiling these motions nunc pro tunc in the lower court.